# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4544
_____

DEPARTMENT OF REVENUE on
behalf of Shelby Genest,

     Appellant,

     v.

ISRAEL GENE GENEST,

     Appellee.

_____

On appeal from a Final Administrative Support Order of the Division of Administrative Hearings.
Linzie F. Bogan, Administrative Law Judge.

June 18, 2019

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, C.J., and WINOKUR and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ashley Moody, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Appellant.

No appearance for Appellee.